**Price Realty Securities Company, appellant, v. Arthur Kapernick, appellee.   Gen. No. 32,776.**

Opinion filed November 19, 1928.
Julius L. Kabaker, for appellant.   Thompson, Tyrrell & Chambers, for appellee; Walter H. Chambers, of counsel.
Mr. Presiding Justice O'Connor delivered the opinion of the court.

**Harry F. Hennegan and William F. Herzog, appellees, v. Paul P. Pirola, appellant.   Gen. No. 32,137.**

Opinion filed November 19, 1928.
Gallagher, Shulman & Abrams, for appellant.   No appearance for appellees.
Mr. Justice McSurely delivered the opinion of the court.

**McLane Van Ingen, trading as E. H. Van Ingen & Co., appellant, v. Samuel A. Snitzer and Samuel A. Snitzer, Inc., appellees.   Gen. No. 32,687.**

Opinion filed November 19, 1928.
Winston, Strawn & Shaw, for appellant; Harold A. Smith and Thomas A. Reynolds, of counsel.   No appearance for appellees.
Mr. Justice McSurely delivered the opinion of the court.

**Southwestern Milling Co., defendant in error, v. J. J. Sankstone, plaintiff in error.   Gen. No. 32,757.**

Opinion filed November 19, 1928.
Geo. F. Ort, for plaintiff in error.   Allen, Ward & Gallagher, for defendant in error; William H. Gallagher, of counsel.
Mr. Justice McSurely delivered the opinion of the court.